BRIAN T. DUNN, ESQ. (SBN 176502)
JAMON R. HICKS, ESQ. (SBN 232747)
**THE COCHRAN FIRM - CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
Email: bdunn@cochranfirm.com
Email: jhicks@cochranfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L.T., a minor, by and through his Guardian Ad Litem, BELKIS ROSALES, A.M.T., a minor, by and through his Guardian Ad Litem, BELKIS ROSALES, Sylvia Trujillo, individually, Godfrey Trujillo Sr., individually, Godfrey Trujillo Jr., individually<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a municipal corporation. DEPUTY JOSHUA CAIL (#3613), DEPUTY JASON SEVIERI (#3488), DEPUTY MICHAEL BARROS (#2828), DEPUTY TIM PROVOST (#4180), and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. EDCV 12-1765 TJH(OPx)**<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER RE: RELEASE OF AUTOPSY PHOTOGRAPHS AND X-RAYS[24]** |

After reviewing the Parties' Stipulated Protective Order re: Release of Autopsy Photographs and X-rays, and FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the autopsy photographs, the Deputy Coroner investigative photos, and x-rays of decedent Mark Anthony Trujillo are released.

**APPROVED AND SO ORDERED.**

DATED: October 23, 2013

_____
HON. TERRY J. HATTER, JR.
United States District Judge

.